No. 78–1033.  Southland Royalty Co. v. United States. Ct. Cl.  Certiorari denied.

No. 78–1052.  Bundy et al. v. Rudd et al., Judges.  Cir. Ct. Fla., Leon County.  Certiorari denied.

No. 78–1080.  Loveless v. Maryland.  Ct. Sp. App. Md. Certiorari denied.

No. 78–1093.  Bundy et al. v. Rudd, Judge, et al.  C. A. 5th Cir.  Certiorari denied.

No. 78–1128.  Podell v. Joint Bar Association Grievance Committee for the Second and Eleventh Judicial Districts.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 78–1129.  Brasco v. Joint Bar Association Grievance Committee for the Second and Eleventh Judicial Districts.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 78–1152.  Vergara et al. v. Chairman, Merit Systems Protection Board, et al.  C. A. 7th Cir.  Certiorari denied.

No. 78–1164.  Holland v. Seaboard Coast Line Railroad Co.  Dist. Ct. App. Fla., 1st Dist.  Certiorari denied.

No. 78–1167.  Gibson v. Davis, Director, Bureau of Alcohol, Tobacco and Firearms, et al.  C. A. 6th Cir.  Certiorari denied.

No. 78–1174.  Taxation with Representation v. United States.  C. A. 4th Cir.  Certiorari denied.